Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

Granted. The conference will be rescheduled.

SO ORDERED:

11/5/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 3, 2026

**Re: *Simmons v. Cart.com, Inc.***
**Case No. 1:26-cv-08236-PAE-RWL**

Dear Judge Lehrburger:

This firm represents Plaintiff Randolph Simmons in the above-referenced action. We write, with the consent of counsel for Defendant Cart.com, Inc., to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for November 19, 2026 at 9:30 a.m. via Microsoft Teams. We also request a matching extension of the parties' deadline to file the Proposed Civil Case Management Plan and Scheduling Order, which is currently due one week before the conference.

The parties are actively discussing a possible resolution of this matter and believe that settlement talks are best served by putting off further litigation for now. An adjournment would let the parties focus on those discussions and could spare the Court and the parties the time and expense of preparing a case management plan and attending a conference that may turn out to be unnecessary.

This is the first request to adjourn the Initial Pretrial Conference, and no prior requests for an adjournment or extension have been made. Defendant consents to this request.

The parties respectfully propose that the conference be adjourned for approximately 30 days, to a date convenient for the Court. Under the proposed schedule, the parties would file the Proposed Civil Case Management Plan and Scheduling Order one week before the rescheduled conference. If the parties reach a settlement before then, they will promptly notify the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

Cc: All counsel of record via ECF